No. 776. WAGNER, DOING BUSINESS AS WAGNER TRANS-PORTATION CO., v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Willis C. Moffatt* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Nancy M. Sherman* for respondent.

No. 787. McPEAK v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *W. H. Holdenness* for petitioner. *William B. Rodman, Jr.,* Attorney General of North Carolina, and *Harry W. McGalliard,* Assistant Attorney General, for respondent.

No. 799. MURCHISON ET AL. v. DOTTENHEIM. C. A. 5th Cir. Certiorari denied. *Franklin E. Spafford* for petitioners. *Harold Barefoot Sanders, Jr.* for respondent.

No. 765. CITY AND COUNTY OF SAN FRANCISCO ET AL. v. TRANS WORLD AIRLINES, INC. C. A. 9th Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Dion R. Holm, Thomas M. O'Connor* and *Frank J. Needles* for the City and County of San Francisco, petitioner. *Loyd Wright, Eugene M. Prince, Francis R. Kirkham* and *Noel Dyer* for respondent.

No. 750. BEHRENS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry L. Kanter* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Robert N. Anderson* for the United States.